of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH MAZZA, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM H. PAULISON, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [132 Misc. 124.]

SEBASTIAN S. KRESGE, Respondent, v. WILLIAM E. HUTTON and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS KLOTZ, Respondent, v. WALTER SAENGER, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of GENEVIEVE McMASTER HOPPING to Obtain Custody of Her Infant Daughter, MARY GENEVIEVE HOPPING.— Order reversed, with costs to the appellant, and the custody of the child, Mary Genevieve Hopping, awarded to the petitioner, with costs, with the right of visitation to the paternal grandmother and the father at proper times. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL FRANT, Respondent, v. ROBERT COBBAN & SON, INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [133 Misc. 433.]

WAYNE DAMRON, Appellant, v. DOUBLEDAY, DORAN BOOK SHOPS, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [133 Misc. 302.]

WAYNE DAMRON, Appellant, v. EDNA FERBER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [133 Misc. 302.]

ELLEN PETERSON, Appellant, v. THE FORDHAM CORNICE WORKS, INC., Respondent.— Orders affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELLEN PETERSON, Appellant, v. THE FORDHAM CORNICE WORKS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Successor Trustee, etc., and Another, Respondents, v. CLAY ARTHUR PIERCE, Individually and as Administrator, etc., of HENRY CLAY PIERCE, Deceased, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Clay Arthur Pierce, individually and as administrator, etc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE H. WAGNER and Another, Appellants, v. JOHN L. ROSENBAUM, Defendant, Impleaded with MORRIS FLOREA and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER CARNECKY, Respondent, v. JAMES GORMAN, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event,